**Derek A. Soinski (SBN 293747)**
**REDWOOD LAW GROUP, APC**
11440 W. Bernardo Ct., Ste. 300
San Diego, California 92127
Phone: 858-533-1889
E-Mail: derek@redwoodlawgroup.com

Attorney for Plaintiff
IRINA BAGIRYAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA BAGIRYAN, an individual, <br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Corporation,<br><br>Defendant. | Case No.: 3:23-cv-01760-LAB-JLB <br><br>**STIPULATION FOR CASE DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action.

| | |
|---|---|
| Dated: February 9, 2024 | REDWOOD LAW GROUP, APC |

By: /s/ Derek Soinski
Derek A. Soinski, Esq.
Email: derek@redwoodlawgroup.com
Attorney for Plaintiff
IRINA BAGIRYAN

| | |
|---|---|
| Dated: February 14, 2024 | THETA LAW FIRM, LLP |

By: /s/ Mehgan Gallagher
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Email: mg@thetafirm.com
Attorneys for Defendant
MERCEDES-BENZ USA, LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mehgan Gallagher, counsel for Defendant, and that I have obtained Ms. Gallagher's authorization to affix her electronic signature to this document.

Dated: February 14, 2024          REDWOOD LAW GROUP, APC

By: /s/ Derek Soinski
Derek A. Soinski, Esq.
Attorney for Plaintiff
Email: derek@redwoodlawgroup.com