# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA BAGIRYAN, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware corporation,<br><br>　　　　　　　　　Defendant. | Case No.: 23-cv-1760-LAB-JLB<br><br>**ORDER OF DISMISSAL [Dkt. 12]** |

On February 20, 2024, Plaintiff Irina Bagiryan and Defendant Mercedes-Benz USA, LLC jointly filed a stipulation to dismiss with prejudice the entire case. (Dkt. 12). The parties represent they've executed a settlement. (*Id.* at 1). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE** in its entirety. The Clerk is directed to terminate this case.

　　**IT IS SO ORDERED**.

Dated: February 23, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Larry Alan Burns
　　　　　　　　　　　　　　　　　United States District Judge